**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1775**

AUBREY J. EL,

        Plaintiff - Appellant,

   v.

UNITED STATES DEPARTMENT OF COMMERCE, Gina Raimondo, Secretary,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (2:18-cv-00190-RGD-DEM)

Submitted:  March 16, 2023                           Decided:  March 20, 2023

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Aubrey J. El, Appellant Pro Se.  Joel Eric Wilson, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aubrey J. El appeals the district court's orders denying relief in his employment discrimination action and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *El v. United States Dep't of Com.*, No. 2:18-cv-00190-RGD-DEM (E.D. Va. Nov. 7, 2019; Feb. 8, 2022; June 27, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*